# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 29, 2025

*Before*

MICHAEL B. BRENNAN, *Circuit Judge*

CANDACE JACKSON-AKIWUMI, *Circuit Judge*

JOSHUA P. KOLAR, *Circuit Judge*

No. 24-1347

| | |
|---|---|
| PADMA RAO, <br>    *Plaintiff-Appellant,* <br><br>   v. <br><br> J.P. MORGAN CHASE BANK, N.A. and <br> KIEFER KRAUSE, <br>    *Defendants-Appellees.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. <br><br> No. 1:21-cv-01361 <br><br> Mary M. Rowland, <br>   *Judge.* |

**O R D E R**

Defendant-Appellee J.P. Morgan Chase Bank, N.A. filed a petition for rehearing and rehearing *en banc* on September 10, 2025. No judge in regular active service has requested a vote on the petition for rehearing *en banc*, and all members of the panel have voted to deny the petition for rehearing. The petition therefore is **DENIED**. The opinion issued on August 27, 2025, is amended as follows:

The first full sentence on page 15 is amended to read:

Because Chase does not offer an alternative reasonable interpretation of Krause's statements, it cannot prevail as a matter of law under the innocent construction rule.

Additionally, page 20, paragraph 2, is amended to read:

Because we conclude that Chase cannot prevail under the innocent construction rule as a matter of law, and that there are genuine issues of material fact about whether Krause abused his qualified privilege, a jury must determine "whether the statement was in fact understood to be defamatory or to refer to the plaintiff." *Tuite*, 866 N.E.2d 114 at 122.